# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BERNARDO WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-00482-LCB-HNJ |
| GARY COOPER, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report on April 23, 2021, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). (Doc. 6). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within 14 days, the Court has received none.

Having carefully reviewed and considered de novo all the materials in the file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this July 14, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE